# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00161-CV

### In re Dorrie Cobb

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on April 28, 2026, is denied. The stay of trial court proceedings is lifted.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: May 7, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied; stay lifted
OT06

